PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>3224 NORTHSTEAD DR., SACRAMENTO, CA 95833<br><br>4443 MAY ST., SACRAMENTO, CALIFORNIA, 95838<br><br>HARLAN LAVELL WALKER<br><br>COLE BORIHANE<br><br>TEAL/SILVER TOYOTA HIGHLANDER (CA #6XOM745), REGISTERED TO MANO BORIHANE AT 4443 MAY ST., SACRAMENTO, CA | CASE NO.: 2:23-SW-0171-CKD<br><br>2:23-SW-0172-CKD<br><br>2:23-SW-0173-CKD<br><br>2:23-SW-0174-CKD<br><br>2:23-SW-0175-CKD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

FILED
Sep 21, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: September 21, 2023

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS